IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE FICK, ) | No. CV-F-05-327 REC/SMS |
| ) | |
| ) | ORDER VACATING ORDER |
| ) | DISMISSING ACTION WITHOUT |
| Plaintiff, ) | PREJUDICE AND JUDGMENT |
| ) | ENTERED ON APRIL 18, 2005 |
| vs. ) | |
| ) | |
| ) | |
| PEOPLE OF CALIFORNIA, et al., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

On April 18, 2005, the court issued its Order Dismissing Action Without Prejudice because plaintiff had not paid the filing fee and the returned check processing fee. Judgment for defendants was entered on April 18, 2005.

However, the court has been advised that plaintiff timely paid the filing fee and the returned check processing fee on April 4, 2005 but that plaintiff's payment was not docketed.

Because plaintiff has complied, the court hereby vacates the Order Dismissing Action Without Prejudice and the Judgment

1

1  entered on April 18, 2005.
2      IT IS SO ORDERED.
3  **Dated: April 22, 2005**      **/s/ Robert E. Coyle**
   668554      UNITED STATES DISTRICT JUDGE