IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FICK, ) | No. CV-F-05-327 REC/SMS |
| ) | |
| ) | ORDER DENYING PLAINTIFF'S |
| ) | MOTION TO ORDER THREE JUDGE |
| Plaintiff, ) | RULING ON ACTION OF CASE |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| PEOPLE OF CALIFORNIA, et al., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

On June 7, 2005, plaintiff, proceeding <u>in pro per</u>, filed a motion to order a three judge ruling on this action.

Plaintiff's motion is hereby denied. Plaintiff makes no showing that he is entitled to a three-judge court with respect to any claims in this action pursuant to 28 U.S.C. § 2284(a).

IT IS SO ORDERED.

**Dated:  June 9, 2005**                                  **/s/ Robert E. Coyle**
668554                                                             UNITED STATES DISTRICT JUDGE

1