IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE FICK,<br><br>        Plaintiff,<br><br>  vs.<br><br>PEOPLE OF CALIFORNIA, et al.,<br><br>        Defendant. | No. CV-F-05-327 REC/SMS<br><br>ORDER AMENDING "ORDER GRANTING COUNTY OF FRESNO'S MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT AND DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT WITHIN 30 DAYS" (Doc. 18) <u>NUNC PRO TUNC</u> |

    The "Order Granting County of Fresno's Motion to Quash Service of Summons and Complaint and Directing Plaintiff to File Second Amended Complaint Within 30 Days" filed on August 4, 2005 is hereby amended <u>nunc pro tunc</u> to delete line 25 on page 6 and to substitute therefore:

        1.  The County of Fresno's motion to quash service is granted.

    In all other respects the Order filed on August 4, 2005 remains unchanged, including the time within which plaintiff shall file a Second Amended Complaint.

1

    IT IS SO ORDERED.

**Dated:  August 17, 2005**                             **/s/ Robert E. Coyle**
668554                                          UNITED STATES DISTRICT JUDGE