IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH WAYNE FICK, | ) | No. CV-F-05-327 REC/SMS |
| | ) | |
| | ) | ORDER GRANTING COUNTY OF |
| | ) | FRESNO'S MOTION TO DISMISS, |
| Plaintiff, | ) | VACATING ORAL ARGUMENT SET |
| | ) | FOR OCTOBER 3, 2005, |
| vs. | ) | DISMISSING ACTION WITH |
| | ) | PREJUDICE, AND DIRECTING |
| | ) | CLERK TO ENTER JUDGMENT FOR |
| PEOPLE OF CALIFORNIA, et al., | ) | ALL DEFENDANTS |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

By Order filed on August 4, 2005, the court directed plaintiff to file a Second Amended Complaint. In so doing, the court noted that the Amended Complaint filed by plaintiff pursuant to Magistrate Judge Snyder's Order did not comply with the substance of Magistrate Judge Snyder's Order. This court ruled:

> The Second Amended Complaint must contain a short and plain statement of the grounds upon which the court's subject matter jurisdiction depends, a short and plain statement of the claim(s) showing that plaintiff is entitled to relief, and a demand for judgment for the

1

> 1  relief sought by the plaintiff.  Each
>    defendant must be named in the caption and
> 2  the body of the Second Amended  Second
>    Complaint.  Plaintiff must allege with some
> 3  degree of particularity the overt acts which
>    each defendant engaged in that support
> 4  plaintiff's claim(s) against that defendant.
>    Plaintiff is informed that he cannot refer to
> 5  the prior Complaint or Amended Complaint.
>    Local Rule 15-220, Local Rules of Practice,
> 6  requires that an amended complaint be
>    complete in itself without reference to any
> 7  prior pleading.

The County of Fresno moves to dismiss this action on the ground that the Second Amended Complaint is no more intelligible than the Amended Complaint and does not comply with the requirements to state a claim upon which relief can be granted against any of the defendants named in this action.  No timely opposition to this motion to dismiss has been filed by plaintiff.

The court has reviewed the record and concurs with the County of Fresno that the Second Amended Complaint does not comply with the August 4 Order and does not state a claim upon which relief can be granted.  Plaintiff has been given two opportunities to amend his pleading to state a claim and twice has been advised of the appropriate pleading requirements.  Therefore, the court concludes that plaintiff is unable to plead causes of action against each of the defendants named in his complaint within this court's subject matter jurisdiction and which will state a claim upon which relief can be granted.  There is no further purpose in conducting oral argument on the County of Fresno's motion to dismiss under these circumstances, especially since plaintiff has not filed a written opposition as

1 required by the Local Rules of Practice.
2    ACCORDINGLY:
3    1.  The County of Fresno's motion to dismiss is granted.
4    2.  Oral argument set for October 3, 2005 is vacated.
5    3.  This action is dismissed with prejudice against all
6 defendants named in the Second Amended Complaint.
7    4.  The Clerk of the Court is directed to enter judgment for
8 defendants.
9    IT IS SO ORDERED.
10 668554**Dated:  September 26, 2005**          **/s/ Robert E. Coyle**
                                          UNITED STATES DISTRICT JUDGE

3