IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE FICK,<br><br>        Plaintiff,<br><br>    vs.<br><br>PEOPLE OF CALIFORNIA, et al.,<br><br>        Defendant. | No. CV-F-05-327 REC<br><br>ORDER DEEMING PLAINTIFF'S "MOTION TO APPEAL TO THE NINTH CIRCUIT COURT" (Doc. 31) TO BE NOTICE OF APPEAL AND DIRECTING CLERK TO PROCESS NOTICE OF APPEAL |

    Plaintiff has filed a "Motion to Appeal to the Ninth Circuit Court". Because plaintiff has paid the filing fee in this action, plaintiff does not need permission of this court to file a Notice of Appeal. Consequently, the court deems plaintiff's motion to be a Notice of Appeal to the Ninth Circuit Court of Appeal from this court's Order dismissing this action with prejudice and the judgment in favor of defendants entered by the Clerk of the Court. The Clerk of the Court is directed to process plaintiff's Notice of Appeal.

1

1     IT IS SO ORDERED.

2  **Dated:  October 12, 2005**           **/s/ Robert E. Coyle**
   668554                                  UNITED STATES DISTRICT JUDGE